**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SURVIVAL SPRING, LLC D/B/A EAGLES CROSSING DISC GOLF,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No.:4:26-cv-00208-JMD |
| **MAX DISCTANCE IP, LLC; MAX DISTANCE, LLC** | ) | |
| **Defendants.** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Survival Spring, LLC d/b/a Eagles Crossing Disc Golf hereby dismisses the above-styled case without prejudice. Each side will bear its own court costs and attorneys' fees.

Dated: November 12, 2026

**STINSON LLP**

/s/ *David R. Barnard*
David R. Barnard, MO #47127
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Telephone: (816) 691-2608
david.barnard@stinson.com

Austin C. Diehl, MO #75528
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 863-0800
austin.diehl@stinson.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/*s/ David R. Barnard*________
Attorney for Plaintiff